IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-03459-NRN

ALVIS LEAN ARAQUE SALAS,

      Petitioner,

v.

DAVID VENTURELLA, Acting Director of U.S. Immigration and Customs Enforcement (ICE);
FIELD OFFICE DIRECTOR; in his or her Official Capacity as Field Office Director of the Immigration and Customs Enforcement and Removal Operations, Denver Field Office;
MARKWAYNE MULLIN, Secretary, U.S. Department Homeland Security;
TODD BLANCHE, Acting U.S. Attorney General;
JUAN BALTAZAR, Warden/Facility Administrator, Denver Contract Detention Facility, in his official capacity,

      Respondents.

---

## ORDER

---

Entered by Magistrate Judge N. Reid Neureiter

Before the Court is Petitioner Alvis Lean Araque Salas's Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief. ECF No. 1. Having reviewed the Petition, the Court ORDERS Petitioner to, no later than August 5, 2026, (1) serve Respondents with a copy of the Petition and accompanying papers, along with a copy of this Order, by e-mail and by overnight mail, and (2) promptly file proof of such service on the docket. Counsel for Respondents shall promptly enter notices of appearance. Within three calendar days of service, Respondents are ORDERED TO RESPOND to the Petition and are ORDERED TO SHOW CAUSE as to why the Petition should not be granted.

Pursuant to the All Writs Act, 28 U.S.C. § 1651(a), and in order to preserve the Court's jurisdiction, Respondents SHALL NOT REMOVE Petitioner from the District of Colorado or the United States unless or until this Court or the Court of Appeals for the Tenth Circuit vacates this Order. *See Vizguerra-Ramirez v. Choate*, Case No. 1:25-cv-00881, D. Colo., ECF No. 11 at 45 (collecting cases); *F.T.C. v. Dean Foods Co*., 384 U.S. 597, 603 (1966); *Local 1814*, *Int'l Longshoremen's Ass'n v. New York Shipping Ass'n*, 965 F.2d 1224, 1237 (2d Cir. 1992).

2

It is further ORDERED that within three calendar days of service, the parties shall complete and file the Consent/Non-Consent Form (ECF No. 3) indicating either the unanimous consent of the parties or that consent has been declined.

Date: July 31, 2026 _____